UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | 08-CR 10336 NG |
| | ) | |
| 1.  DONG VAN NGUYEN, | ) | 21 U.S.C. § 846 - |
| 2.  UYEN MY TRAN, | ) | Conspiracy To Distribute |
|     a/k/a JENNY, and | ) | and Possess With Intent To |
| 3.  ANA TRAN, | ) | Distribute MDMA and Marijuana |
| | ) | |
| | ) | 21 U.S.C. § 853 - |
| Defendants. | ) | Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. §846 - Conspiracy To Distribute and Possess With Intent To Distribute MDMA and Marijuana)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but from at least in or about 2005, and continuing thereafter until in or about January, 2007, at Boston, in the District of Massachusetts, and elsewhere,

1. DONG VAN NGUYEN,
2. UYEN MY TRAN, a/k/a JENNY, and
3. ANA TRAN,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with BINH KIEM DUONG, QUOC BAO TRINH, and other persons known and unknown to the grand jury, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, commonly known as "MDMA" and/or "ecstasy," a Schedule I controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**DRUG FORFEITURE ALLEGATION:   (21 U.S.C. §853)**

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count One of this indictment,

**1. DONG VAN NGUYEN,**
**2. UYEN MY TRAN, a/k/a JENNY, and**
**3. ANA TRAN,**

defendants herein, jointly and severally, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the charged offense; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense. The property to be forfeited includes, without limitation, a money judgment equal to the total amount of gross drug proceeds.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States, pursuant to 21 U.S.C. §853(p), intends to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in paragraph 1.

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States

Code, Section 2461(c).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; November 6, 2008.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11/6/08  1:19