JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: MA     Category No. I     Investigating Agency  DEA/BPD

City   Boston           Related Case Information:   **08 CR 10336 NG**

County  Suffolk         Superseding Ind./ Inf. _____   Case No. _____
                        Same Defendant _____   New Defendant _____
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Dong Van Nguyen                     Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   47-49 Savin Hill Avenue, Dorchester, MA

Birth date (Year only):  1961    SSN (last 4 #):  8684    Sex  M    Race:  Asian    Nationality: Vietnamese

Defense Counsel if known:  _____     Address:  _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Timothy E. Moran              Bar Number if applicable  _____

Interpreter:   ☒ Yes   ☐ No      List language and/or dialect:   Vietnamese

Victims:  ☐ Yes  ☒ No      If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 6, 2008     Signature of AUSA:  _Timothy E. Moran_

≋JS 45 (5/97) - (Revised USAO MA 11/15/05) Page _ of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Dong Van Nguyen

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to PWID MDMA and Marijuana | 1 |
| Set 2 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45  (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA        **Category No.** I        **Investigating Agency** DEA/BPD

**City** Boston        **Related Case Information:** 08 CR 10336 NG

**County** Suffolk        Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Uyen My Tran        Juvenile   ☐ Yes   ☒ No

Alias Name   Jenny

Address   61 Faneuil Street, #182, Brighton MA

Birth date (Year only):  1982   SSN (last 4 #):  7793   Sex  F   Race:  Asian   Nationality:  Vietnamese

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Timothy E. Moran        Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No        List language and/or dialect: _____

Victims:   ☐ Yes   ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 6, 2008        Signature of AUSA: _____

§JS 45 (5/97) - (Revised USAO MA 11/15/05) Page _ of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ana Tran

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to PWID MDMA and Marijuana | 1 |
| Set 2   21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA           Category No. I           Investigating Agency DEA/BPD

City    Boston                 Related Case Information:
County  Suffolk                Superseding Ind./ Inf. _____    Case No: _____
                               Same Defendant _____  New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ana Tran                                        Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   61 Faneuil Street, #182, Brighton MA

Birth date (Year only): 1957   SSN (last 4 #): 5906   Sex F   Race: Asian   Nationality: Vietnamese

Defense Counsel if known: _____           Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Timothy E. Moran                    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Vietnamese

Victims:   ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:   ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 6, 2008      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) ~~ of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ana Tran

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to PWID MDMA and Marijuana | 1 |
| Set 2 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**